IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:08CR402–HEH |
| ) | |
| MICHAEL CHAPMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge ("Magistrate Judge"), on November 14, 2008. Having reviewed the R&R in this case and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, the Court HEREBY ACCEPTS the Defendant's guilty plea made pursuant to Fed. R. Crim. Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                   /s/
                                                Henry E. Hudson
                                                United States District Judge

Date: Dec 12, 2008
Richmond, VA